# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TEXAS
# MARSHALL DIVISION

| | | |
|---|---|---|
| WESTPORT FUEL SYSTEMS CANADA INC., | § § § | |
| *Plaintiff*, | § § | |
| v. | § § | |
| FORD MOTOR COMPANY, | § § § | Case No. 2:21-CV-453-RWS-RSP (LEAD CASE) |
| Mercedes-Benz USA, LLC | § § § | Case No. 2:21-CV-454-RWS-RSP (MEMBER CASE) |
| FCA USA LLC d/b/a FCA Group US LLC | § § § | Case No. 2:21-CV-457-RWS-RSP (MEMBER CASE) |
| *Defendant.* | § | |

## ORDER

Before the Court is Defendant Ford Motor Company's unopposed motion to withdraw its motion to dismiss, or, alternatively, to transfer pursuant to Rule 12(b)(3) and 12(b)(6), filed March 24, 2022, in 2:21-CV-453-RWS-RSP at docket entry 20. (Dkt. No. 32). Having considered the motion and its unopposed nature, the Court finds that it should be and hereby is **GRANTED** and **ORDERS** that Dkt. No. 20 in 2:21-CV-453-RWS-RSP be withdrawn.

**SIGNED this 10th day of May, 2022.**

*/s/ Roy S. Payne*
ROY S. PAYNE
UNITED STATES MAGISTRATE JUDGE